# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**

**McALLEN DIVISION**

United States District Court
Southern District of Texas
FILED

AUG 3 1 2016

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Manuel GUTIERREZ-Aguirre

AKA:
    IAE     YOB: 1968
    Mexico
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:     M-16-01600-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 2, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Pharr, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On August 2, 2016, Manuel GUTIERREZ-Aguirre a citizen of Mexico was encountered by Immigration Officers with the Harlingen Fugitive Operations Unit at the Pharr Municipal Jail in Pharr, Texas. An immigration detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Custom Enforcement on August 30, 2016. Record checks revealed the defendant was formally removed from the United States to Mexico on November 12, 2009 via the Brownsville, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about August 14, 2012 by wading the Rio Grande River at or near Roma, Texas. On November 15, 2005, the defendant was convicted of Possession With Intent to Distribute 482.04 Kilograms of Marijuana and sentenced to sixty (60) months to the custody of the United States Bureau of Prisons with a 5 year supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA J. Leonard

_____
Signature of Complainant

**Jesus Castro**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**August 31, 2016** at **McAllen, Texas**
Date     City and State

**Peter E. Ormsby**     **U.S. Magistrate Judge**
Name and Title of Judicial Officer     Signature of Judicial Officer